1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
2 MICHELLE LO (NYRN 4325163)
Chief, Civil Division
3 ANDREW S. MAINARDI (CABN 338085)
Assistant United States Attorney
4
5      450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7276
6 FAX: (415) 436-6748
andrew.mainardi@usdoj.gov
7
Attorneys for the United States of America
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13 *Matter of Seongbeom*,                    )  MISC. NO.
Ref. No. 2022-F-3852                      )
                                          )
14 LETTER OF REQUEST FROM THE GUNSAN )  **DECLARATION OF ANDREW S. MAINARDI**
BRANCH OF JEONJU DISTRICT COURT 68 )  **IN SUPPORT OF APPLICATION FOR ORDER**
15 IN JEOLLABUK-DO, REPUBLICA OF             )  **PURSUANT TO 28 U.S.C. § 1782**
KOREA, FOR INFORMATION FROM               )
16 GOOGLE LLC                                )
                                          )
17 _____ )

18         I, Andrew S. Mainardi, declare:

19         1.      I am an Assistant United States Attorney in the United States Attorney's Office for the

20 Northern District of California. I am licensed to practice law in California and to appear before this

21 Court.  Unless otherwise stated, I have personal knowledge of the following facts and could testify

22 regarding the following facts if called to do so.

23         2.      This declaration is submitted in support of the Application of the United States for an

24 order pursuant to 28 U.S.C. § 1782 ("Application") concerning a Request for International Judicial

25 Assistance from the South Korean National Court Administration on behalf of the Gunsan Branch of

26 Jeonju District Court 68 in Jeollabuk-do, Republic of Korea, for information from Google LLC

27 ("Google").

28         3.      The United States Department of Justice ("DOJ") received a request from the National

Court Administration of the Republic of Korea dated January 3, 2023, seeking assistance under the Hague Convention for the taking of evidence from Google, sought for use in connection with a civil matter brought by Plaintiff Ham Seongbeom currently pending before the Gunsan Branch of Jeonju District Court 68 in Jeollabuk-do, Republic of Korea.  This Letter of Request was transmitted from DOJ's Office of International Judicial Assistance to the United States Attorney's Office for the Northern District of California on January 10, 2023.

4.     The request seeks evidence in the form of information and documents, specifically "[t]he personal information (Name, Gender, Phone Number, Date of Birth, etc.) of the Defendant who signed up for your company and used gonggoncha@gmail.com between February 1, 2022 and February 28, 2022."  A true and correct copy of the Letter of Request is attached hereto as Exhibit A.

5.     I transmitted this request to Google on January 23, 2021. Ayesha Minhag of Google's legal department responded, stating they may provide the requested information pursuant to a United States federal court subpoena.  Noha Moustafa of Google's legal department also confirmed that Google is willing to accept service of such subpoena via email. Ms. Moustafa also confirmed that, subject to Google providing user notice and the assertion and adjudication of any objections by the user(s) or Google, Google is willing to provide the requested information directly to the South Korean court, provided that the district court appoints Assistant United States Attorney Andrew S. Mainardi as Commissioner to issue a United States federal court subpoena for the information.

6.     Following these communications, I prepared a proposed subpoena.  A copy of that proposed subpoena is attached hereto as Exhibit B.

7.     On April 18, 2023, I transmitted to Google a copy of the Application and supporting papers.  Google has indicated that it does not oppose the Application or entry of the Proposed Order.

I declare under penalty of perjury that the foregoing is true to the best of my knowledge and belief.  Executed this 19th day of May, 2023, at San Francisco, California.

 /s/ Andrew S. Mainardi
ANDREW S. MAINARDI
Assistant United States Attorney

DECLARATION OF ANDREW S. MAINARDI
Misc. No.                                        2

# EXHIBIT A



**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*9th Floor, Federal Building*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*
*andrew.mainardi@usdoj.gov; (415) 436-7276*

January 23, 2023

Legal Department
Google LLC
1600 Amphitheatre Pkwy.
Mountain View, CA 94043

**VIA E-MAIL**: google-legal-support@google.com

Re:    Request for International Judicial Assistance in <u>Matter of Seongbeom</u> from the Gunsan
         Branch of Jeonju District Court in Jeollabuk-do, Republic of Korea
         Ref No. 2022-F-3852)
         DJ Number: 189-34-23-5

Dear Google:

I am an Assistant United States Attorney in the United States Attorney's Office, Northern District of California, Civil Division.

A South Korean court has requested assistance from the United States Department of Justice to obtain information from Google for use in litigation pending before the court. A request such as this from a foreign court falls under the Hague Convention on Taking Evidence Abroad in Civil or Commercial Matters, a multi-national treaty. The United States of America has agreed to act upon letters of request from foreign governments and to ensure compliance with foreign court orders.

As you will see from the enclosed South Korean court documents, the court has requested that the United States of America assist in obtaining any information that Google has regarding the following request:

"The personal information (Name, Gender, Phone Number, Date of Birth, etc.) of the Defendant who signed up for your company and used gonggoncha@gmail.com between February 1, 2022 and February 28, 2022."

January 23, 2023
Page | 2

The Plaintiff in the underlying lawsuit seeks to identify the Defendant.

After you review the specific request for information set for the in the enclosed request, please let me know under what circumstances, if any, Google will provide my office with the requested information. I hope you will provide the answers voluntarily by completing the enclosed form, entitled "Execution Affidavit of Letter of Request," which sets forth the questions as worded in the attached translation of the Letter of Request. Feel free to email me for a Word version of the document if you wish to use it. After completing the affidavit, please sign the last page before a notary public and return it to me, preferably by Federal Express, at the address below:

Andrew Mainardi<br>
U.S. Attorney's Office<br>
450 Golden Gate Avenue, 11th FL<br>
San Francisco, CA 94102-3495

If you would prefer, I am able to serve Google with a court-authorized subpoena pursuant to 28 U.S.C. § 1782. However, if Google would voluntarily provide the requested information, please let me know. I am happy to offer Google as much time as it reasonably needs to voluntarily provide the requested information.

Finally, if Google is unwilling to provide the requested information under any circumstances, please send me a letter stating the reasons why with appropriate legal citations. I will then carefully consider Google's position before taking any further action on this matter.

Please contact me by February 3, 2023 to let me know if Google will comply voluntarily with the Request. You can reach me at (415) 436-7276 or via e-mail at andrew.mainardi@usdoj.gov. If I do not hear from you by February 3rd, I will presume that Google has chosen to be served with a subpoena.

Very truly yours,


STEPHANIE M. HINDS
United States Attorney


By:      /s/Andrew Mainardi_____

Assistant United States Attorney


Enclosures

# ENCLOSURE 1



**NATIONAL COURT ADMINISTRATION**
**REPUBLIC OF KOREA**
219 SEOCHO-DAERO, SEOCHO-GU, SEOUL, KOREA, 06590
Tel: 82-2-3480-1734, Fax: 82-2-533-2824

2022-12-14
Our Ref: **2022-F-3852**

**CENTRAL AUTHORITY FOR USA**

Office of International Judicial Assistance
U.S. Department of Justice
1100 L Street, NW, Room 8102
Washington, D.C. 20005
United States of America

To whom it may concern,

The National Court Administration of the Republic of Korea presents its compliments to the U.S. Department of Justice and has the honour to transmit a request seeking assistance for taking of evidence under the *Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters*.

Please send all documentation concerning execution of the abovementioned request directly to the National Court Administration to the following address :

> **National Court Administration**
> **(Attn: Director of International Affairs)**
>
> **219 Seocho-Daero, Seocho-Gu,**
>
> **Seoul   06590**
>
> **REPUBLIC OF KOREA**

Yours sincerely,

KIM Eun Sil
Director of International Affairs
National Court Administration

JAN - 3 2023
CIV-189-34-23-5

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성되거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

| | |
|---|---|
| 1.  Sender<br>(발송처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL  06590<br>the REPUBLIC OF KOREA |
| 2.  Central Authority of<br>the Requested State<br>(수탁 국가의 중앙당국) | Office of International Judicial Assistance<br>U.S. Department of Justice<br>1100 L Street, NW, Room 8102<br>Washington, DC 20005<br>United States of America |
| 3.  Person to whom the<br>executed request is to<br>be returned<br>(집행된 요청서의 수신처) | National Court Administration<br>(Attn: Director of International Affairs)<br>219 Seocho-daero, Seocho-gu,<br>SEOUL  06590<br>the REPUBLIC OF KOREA |

4.  Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
(촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

Date
(날짜)

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,**
**THE UNDERSIGNED APPLICANT HAS THE HONOUR**
**TO SUBMIT THE FOLLOWING REQUEST:**
(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)

5. a   Requesting judicial authority (Article 3,a)
(촉탁 사법 당국)
(제3조 1)

> **Gunsan Branch of Jeonju District Court**
> **68, Beobwon-ro, Gunsan-si, Jeollabuk-do**
> **54079**
> **the REPUBLIC OF KOREA**

b   To the competent authority of (Article 3,a)
(집행할 관할 당국)(제3조 1)
(모르는 경우에는 기재하지 말 것.)

c   Names of the case and any identifying number
(사건의 이름과 번호)

> **Identifying Number : 2022gadan52407**
>
> **Names of the case : Suit for Damages**

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3,b)
(당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*)(제3조 2)

a   Plaintiff
(원고)

> **HAM, SEONGBEOM**

Representatives
(변호인)

> **NAM, HYEJIN**

b   Defendant
(피고)

> **Unidentified**

---

\* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

| 7. | a | Nature of the proceedings(divorce, paternity, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | **Suit for Damages** |
|---|---|---|---|
| | b | Summary of complaint (소장(청구)에 대한 요약) | **The Defendant is the perpetrator of the illegal act that caused mental damage to the Plaintiff by conveying false information that the Defendant had sexual intercourse with the Plaintiff via Google Messenger to YOON JIHYE on February 5, 2022, less than 10 days left before the wedding betweent the Plaintiff and YOON JIHYE** |
| 8. | a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | **Letter of Request for Investigation of Facts**<br><br>**the Personal Information(Name, Gender, PhoneNumber, Date of Birth, etc.)of the Defendant who signed up for your company and used gonggoncha@gmail.com. between February 1, 2022 and February 28, 2022.**<br><br>**Name and Address of Organization requested to execute**<br>**Name : Google LLC**<br>**Address : 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA**<br>**E-mail : internationalcivil@google.com** |
| | b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | **To identify the Defendant** |

**DATE OF REQUEST**

**November 24, 2022**

**SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY**

---

\* Omit if not applicable.
 (필요없을 경우에는 삭제할 것.)

A2679

# Letter of Request for Investigation of Facts

June 6, 2022

Gunsan Branch Court, Jeonju District Court
68 Beobwon-ro, Gunsan-si,
Jeollabuk-do 54079
Republic of Korea

**Case No.  2022gadan52407   Suit for Damages**
**Plaintiff   HAM, SEONGBEOM**
**Defendant   Unidentified**

Dear Sir/Madam,

With regard to the case above, the Plaintiff's attorney hereby requests for investigation of facts as follows based on the reply from Google Korea on April 6, 2022 to the order from your court to submit documentation on March 24, 2022.

**Purpose of This Request**

This is to identify the Defendant, the perpetrator of the illegal act, who disseminated false information regarding the Plaintiff while using gonggoncha@gmail.com since February 1, 2022.

**Name and Address of Organization requested to execute**

Name: Google LLC
Address: 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
E-mail: internationalcivil@google.com

**Information Requested**

The Defendant is the perpetrator of the illegal act that caused mental damage to the Plaintiff by conveying false information that the Defendant had sexual intercourse with the Plaintiff via Google Messenger to YOON JIHYE on February 5, 2022, less than 10 days left before the wedding between the Plaintiff and YOON JIHYE.

Please send the Personal Information (Name, Gender, Phone Number, Date of Birth, etc.) of the Defendant who signed up for your company and used gonggoncha@gmail.com. between February 1, 2022 and February 28, 2022.

Yours faithfully,

_____

NAM, HYEJIN
Plaintiff's Attorney

3852

# REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS
## 민사 또는 상사의 해외증거조사협약에 따른 요청서

N.B. Under the first paragraph of Article 4, the Letter of Request shall be in the language of the authority requested to execute it or be accompanied by a translation into that language.
However, the provisions of the second and third paragraphs may permit use of English, French or another language.
(주의사항 : 제4조 제1문에 의하여 촉탁서는 이를 집행할 수탁 당국의 언어로 작성하거나 그 언어로 된 번역문을 첨부하여야 합니다. 그러나 제2문, 제3문의 규정에 의하여 영어, 불어 그리고 다른 언어도 허용됩니다.)

In order to avoid confusion, please spell out the name of the month in each date.
(혼란을 피하기 위하여, 날짜를 쓸 때는 각 달의 이름을 쓰시기 바랍니다.)

Please fill out an original and one copy of this form.
(원본을 작성 후 사본 1부를 첨부하시기 바랍니다.)

1.  Sender
    (발송처)

    법원행정처
    (수신: Director of International Affairs)
    219 서초대로, 서초구,
    서울  06590
    대한민국

2.  Central Authority of the Requested State
    (수탁 국가의 중앙당국)

    Office of International Judicial Assistance
    U.S. Department of Justice
    1100 L Street, NW, Room 8102
    Washington, DC 20005
    United States of America

3.  Person to whom the executed request is to be returned
    (집행된 요청서의 수신처)

    법원행정처
    (수신: Director of International Affairs)
    219 서초대로, 서초구,
    서울  06590
    대한민국

4.  Specification of the date by which the requesting authority requires receipt of the response to the Letter of Request
    (촉탁당국의 요청서에 대한 회신이 언제까지 도착하기를 바라는지 구체적인 날짜를 기재하시기 바랍니다.)

    Date
    (날짜)

---

* Omit if not applicable.
(필요 없을 경우에는 삭제할 것.)

A2679

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION,**
**THE UNDERSIGNED APPLICANT HAS THE HONOUR**
**TO SUBMIT THE FOLLOWING REQUEST:**
**(협약 제3조에 따라 아래에 서명한 신청인은 다음의 촉탁서를 제출합니다.)**

| | | |
|---|---|---|
| 5. a | Requesting judicial authority (Article 3,a) (촉탁 사법 당국) (제3조 1) | 전주지방법원 군산지원<br>54079 전라북도 군산시 법원로 68,<br>대한민국 |
| b | To the competent authority of (Article 3,a) (집행할 관할 당국)(제3조 1) (모르는 경우에는 기재하지 말 것.) | |
| c | Names of the case and any identifying number (사건의 이름과 번호) | 사건번호 : 2022가단52407<br><br>사건이름 : 손해배상 |

6. Names and addresses of the parties and their representatives (including representatives in the requested State*) (Article 3,b)
   (당사자 및 변호인들의 이름과 주소(수탁 국가내의 변호인을 포함*))(제3조 2)

| | | |
|---|---|---|
| a | Plaintiff (원고) | 함 성 범 |
| | Representatives (변호인) | 남 혜 진 |
| b | Defendant (피고) | 성명불상 |

* Omit if not applicable.
  (필요 없을 경우에는 삭제할 것.)

A2679

| | | |
|---|---|---|
| 7. a | Nature of the proceedings(divorce, paternry, breach of contract, product liability, etc.) (Article 3,c) (절차의 성격(이혼, 친자, 계약위반, 생산물 책임, 기타 등등))(제3조 3) | 손해배상 청구의소 |
| b | Summary of complaint (소장(청구)에 대한 요약) | 피고는 원고에게 정식적 피해에 대한 손해배상금을 지급하라. 피고는 원고와 소외 윤지혜의 결혼식까지 10일이 채 남지 않은 2022. 2. 5.경 소외 윤지혜에게 구글 메신 저를 통해 원고와 성관계를 포함한 애정 행위하였다 는 허위 사실을 전달하여 원고에게 정신적 피해를 준 불법행위 가해자입니다. |
| 8. a | Evidence to be obtained or other judicial act to be performed(Article 3,d) (취득할 증거 또는 이행할 그 밖의 사법적 처분)(제3조 4) | 사실조회신청<br><br> 2022.  2.  1.  부터  2022.  2.  28.  사이에 gonggoncha@gmail.com.을  사용한  피고의  개인정보 (이름, 성별, 휴대전화번호, 생일, 등.)를 확인<br><br>사실조회기관의 명칭 및 주소<br>명칭 : Google LLC<br>주소 : 미국 캘리포니아주 마운틴뷰시 앰피어터파크 웨이 1600번지 (우편번호 : 94043)<br>E-mail : internationalcivil@google.com |
| b | Purpose of the evidence or judicial act sought (증거 또는 사법적 처분을 요청하는 목적) | 피고를 특정하기 위해여 |
| **DATE OF REQUEST** | | 2022년 11월 24일 |
| **SIGNATURE AND SEAL OF THE REQUESTING AUTHORITY** | | |

* Omit if not applicable.
  (필요없을 경우에는 삭제할 것.)

A2679

# 사실조회신청서

사     건     2022가단52407          손해배상(기)
원     고     함 성 범
피     고     성 명 불 상

위 사건에 관하여 원고의 소송대리인은 귀원의 2022. 3. 24.자 문서제출명령
에 대한 2022. 4. 6.자 구글코리아 유한회사의 회신에 근거하여 아래와 같이
사실조회를 신청합니다.

## 사실조회촉탁의 목적

2022. 2. 1.경부터 gonggoncha@gmail.com 을 사용하면서 원고에 관한 허위
사실을 유포한 불법행위 가해자인 피고를 특정하기 위함입니다.

## 사실조회기관의 명칭 및 주소

명   칭 : Google LLC
주   소 : 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
이메일 : internationalcivil@google.com

## 사실조회 사항

피고는 원고와 소외 윤지혜의 결혼식까지 10일이 채 남지 않은 2022. 2. 5.경
소외 윤지혜에게 구글 메신저를 통해 원고와 성관계를 포함한 애정 행위를

- 1 -

하였다는 허위 사실을 전달하여 원고에게 정신적 피해를 준 불법행위 가해자입니다.

2022. 2. 1.부터 2022. 2. 28.까지 귀사에 가입하여 gonggoncha@gmail.com 을 사용하였던 자의 인적사항(성명, 성별, 전화번호, 생년월일 등)을 회신하여 주시기 바랍니다.

2022. 6. 6.

원고의 소송대리인

변호사 남 혜 진

**전주지방법원 군산지원 귀중**

# ENCLOSURE 2

1   UNITED STATES ATTORNEY'S OFFICE
2   NORTHERN DISTRICT OF CALIFORNIA

3   IN RE;                                          )    REF. NO.: 2022-F-3852
                                                    )
4   REQUEST FOR JUDICIAL ASSISTANCE IN  )   DJ NO.: 189-34-23-5
    MATTER OF SEONGBEOM FROM THE        )
5   GUNSAN BRANCH OF JEONJU DISTRICT    )
    COURT IN JEOLLABUK-DO, REPUBLIC OF  )
6   KOREA                                           )
                                                    )
7   _____ )

8

9                    EXECUTION AFFIDAVIT OF LETTER OF REQUEST

10         I, _____, a citizen of _____ , state as follows:

11         I have been furnished by the United States Attorney for the Northern District of California in San

12   Francisco, California, with a copy of the above captioned Letter of Request, issued pursuant to the

13   Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, requesting that I

14   answer written interrogatories relating to a civil case captioned *Matter of Seongbeom.*, Ref No. 2022-F-

15   3852, that is pending before the Gunsan Branch of the Jeonju District Court in Jeollabuk-do, Republic of

16   Korea.

17         The following are my responses to the questions contained in the request. These responses are

18   based upon personal knowledge.

19                    INFORMATION REQUESTED FROM GOOGLE LLC

20   **Information Sought:**

21   The personal information (Name, Gender, Phone Number, Date of Birth, etc.) of the
     Defendant who signed up for your company and used gonggoncha@gmail.com between
22   February 1, 2022 and February 28, 2022.

23   **Answer:**

24

25

26

27

28

EXECUTION AFFIDAVIT OF REQUEST
MATTER OF SEONGBEOM

1    The foregoing answers are true and correct to the best of my knowledge and belief.

2         Dated: _____ , _____ (City, State)

3              _____,_____ (Date)

4

5

6                    _____
                     Signature

7

8                    _____

9                    Print Name

10

11   On this ____ day of _____ , 20___, before me, the undersigned notary public, personally
     appeared (name of document signer), and proved to be the person whose name is signed on the
12   document.

13

14   _____
     Notary Public Signature and Seal
15

16   My commission expires:_____

17

18

19

20

21

22

23

24

25

26

27

28

EXECUTION AFFIDAVIT OF REQUEST
MATTER OF SEONGBEOM

# EXHIBIT B

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Request for International Judicial Assistance in _____ <br> *Plaintiff* <br> v. <br> Matter of Seongbeom from the Gunsan Branch <br> of Jeonju District Court 68 in Jeollabuk-do, Korea <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> )     Civil Action No. _____ |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                          Google LLC

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

SEE ATTACHMENT A

| Place: | Date and Time: |
|---|---|
| | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  _____

| *CLERK OF COURT* | | |
|---|---|---|
| | OR | |
| _____ | | /s/ Andrew S. Mainardi |
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     United States _____ , who issues or requests this subpoena, are:

Andrew Mainardi, U.S. Attorney's Office, 450 Golden Gate Ave., San Francisco, CA 94102, andrew.mainardi@usdoj.gov

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Google LLC _____

on *(date)* _____ .

❑  I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

❑  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

ATTACHMENT A

The personal information (Name, Gender, Phone Number, Date of Birth) of the Defendant who signed up for your company and used gonggoncha@gmail.com between February 1, 2022 and February 28, 2022.